1036

No. 97–6807. TAYLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6808. WESTBROOK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6809. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6812. ABDUL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–6817. MORALES VARGAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–605. BEN OEHRLEINS & SONS & DAUGHTER, INC., ET AL. v. HENNEPIN COUNTY. C. A. 8th Cir. Motions of BFI Waste Systems of North America, Inc., Mayors' Task Force Against Waste Flow, National Restaurant Association, and Americans for Tax Reform Foundation et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–632. DADDARIO v. CAPE COD COMMISSION. Sup. Jud. Ct. Mass. Motions of Defenders of Property Rights and American Association for Small Property Ownership et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–656. CENTRAL OFFICE TELEPHONE, INC. v. AMERICAN TELEPHONE & TELEGRAPH CO. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1961. GORDON v. BOARD OF EDUCATION FOR THE CITY OF NEW YORK, *ante*, p. 818;

No. 96–8619. ABELLAN v. FAIRMONT HOTEL, 520 U. S. 1278;

No. 96–9024. MORRISON v. HALL, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 829;

No. 96–9083. SANDERS v. UNITED STATES, *ante*, p. 831;

No. 96–9089. TAHA v. SMITH ET AL., *ante*, p. 831;

No. 96–9229. McGINNIS v. BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 836;

No. 96–9301. BANKS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 840;

No. 96–9369.  GUINN v. ZAVARAS ET AL., *ante*, p. 845;

No. 96–9517.  HILL v. FARMERS HOME GROUP, *ante*, p. 853;

No. 96–9533.  JAMES v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 854;

No. 96–9534.  JAMES v. BARCLIFT ET AL., *ante*, p. 854;

No. 97–45.  STERN v. TEXAS, *ante*, p. 859;

No. 97–263.  READ v. MEDICAL X-RAY CENTER, P. C., *ante*, p. 914;

No. 97–292.  SAMPSON v. BEDOYA, JUDGE, CIRCUIT COURT OF COOK COUNTY, ET AL., *ante*, p. 870;

No. 97–5028.  JARRETT v. TOXIC ACTION WASH, AKA OHIO CITIZEN ACTION, *ante*, p. 872;

No. 97–5133.  PRESTON v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 943;

No. 97–5134.  IN RE BANKS, *ante*, p. 805;

No. 97–5156.  WATKIS v. KUEHNE & NAGEL, INC., ET AL., *ante*, p. 878;

No. 97–5164.  QUILLEN v. SOUTHWEST VIRGINIA PRODUCTION CREDIT ASSN., *ante*, p. 879;

No. 97–5228.  JAMES v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 883;

No. 97–5371.  IN RE BAEZ, *ante*, p. 805;

No. 97–5510.  HILL v. MAXWELL ET AL., *ante*, p. 918;

No. 97–5576.  BARROIS v. UNIDENTIFIED PARTY ET AL., *ante*, p. 920;

No. 97–5632.  WINN v. UNITED STATES, *ante*, p. 901;

No. 97–5685.  DWIGHT B. v. JERRI LYNN C., *ante*, p. 936;

No. 97–5814.  WASHINGTON v. NEVILLE (three judgments), *ante*, p. 923;

No. 97–5905.  HICKS v. WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante*, p. 937;

No. 97–6024.  SMITH v. CASELLAS, CHAIRMAN, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *ante*, p. 958; and

No. 97–6119.  MAINVILLE v. UNITED STATES, *ante*, p. 940.  Petitions for rehearing denied.

No. 96–1557.  CALHOON v. UNITED STATES, *ante*, p. 806; and

No. 96–1911.  NICHOLSON v. NEVADA STATE BAR, *ante*, p. 815. Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petitions for rehearing denied.